# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John S Korinis <br> <u>Debtor(s)</u> | BKY. NO. 12-06309 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4968

                             Respectfully submitted,

                             **/s/ Thomas Puleo**
                             Thomas Puleo, Esquire
                             James C. Warmbrodt, Esquire
                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 825-6306  FAX (215) 825-6406
                             Attorney for Movant/Applicant