Certificate Number: 00301-PAM-DE-029393442

Bankruptcy Case Number: 12-06309


00301-PAM-DE-029393442

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2017, at 10:46 o'clock AM EDT, JOHN S KORINIS completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 9, 2017         By:    /s/Shabonda Burch

                           Name:  Shabonda Burch

                           Title: Certified Bankruptcy Counselor